People v Hudson (2024 NY Slip Op 03546)

People v Hudson

2024 NY Slip Op 03546

Decided on June 27, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 27, 2024

Before: Webber, J.P., Gesmer, Kennedy, Rosado, O'Neill Levy, JJ.

Ind. No. 73640/22 Appeal No. 2564 Case No. 2023-05138 

[*1]The People of the State of New York, Respondent,
v
Kamren Hudson, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Connie Morales, J.), rendered September 8, 2023, as amended September 11, 2023 and December 14, 2023, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of three years, to run concurrently with the sentence imposed under New York County indictment No. 70294/21, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept
2021]). We note that the People do not oppose this relief. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 27, 2024